**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GABRIEL ISHAM PITTMAN,** | : | |
| Petitioner, | : | |
| | : | |
| V. | : | **CIVIL ACTION NO. 26-CV-0881** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA,** | : | |
| Respondent. | : | |

**ORDER**

**AND NOW** this 8th day of April, 2026, Gabriel Isham Pittman having filed a fifteenth Petition (ECF No. 2) for *habeas corpus* relief in this Court concerning the same state-court conviction and sentence without first obtaining authorization from the United States Court of Appeals for the Third Circuit as statutorily required, *see* 28 U.S.C. § 2244(b)(3)(A), and in light of Pittman's history of abusing the judicial process as detailed in the accompanying Memorandum, it is **ORDERED** that:

1.    Pittman is **ORDERED TO SHOW CAUSE** by filing within thirty (30) days of the date of this Order a "Response to Show Cause Order," not to exceed ten pages, explaining why the Court should not enjoin him (1) from filing any further successive federal *habeas* petition or motion in this Court, however titled, whether under 28 U.S.C. § 2254, § 2241, or any other statute or rule, that in form and/or substance challenges his custody pursuant to his 1998 state conviction and sentence in *Commonwealth v. Pittman*, CP-39-CR-0000304-1998 (C.P. Lehigh), unless he has first obtained prior authorization from the United States Court of Appeals for the Third Circuit as required by 28 U.S.C. § 2244(b)(3)(A); and (2) from filing any *habeas* petition, however titled, concerning any state-court criminal judgment unless he files the petition on and fully completes this Court's standard 28 U.S.C. § 2254 form, as required by Local Civil Rule 9.3, clearly identifying the state-court conviction and/or sentence that he seeks to challenge, and unless he also either pays the

1

required filing fee or completes this Court's form application to proceed *in forma pauperis*, including the prison official certification section.

2.      If Pittman fails to submit a Response, the Court will enter the injunction contemplated by this Order.

3.      The Petition is **DISMISSED** for lack of jurisdiction as unauthorized and successive under 28 U.S.C. § 2244(b)(3)(A). *Burton v. Stewart*, 549 U.S. 147, 157 (2007); *Benchoff v. Colleran*, 404 F.3d 812, 815-20 (3d Cir. 2005). *See Robinson v. Johnson*, 313 F.3d 128, 139 (3d Cir. 2002).

4.      Pittman's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) is **DENIED** as **MOOT.**

5.      There is no cause for a certificate of appealability.

6.      The Clerk of Court is **DIRECTED** to close this case.

**BY THE COURT:**

/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ, J.**

2